IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE NIEBLA,

    Plaintiff,

vs.                               CASE NO.: 5:09cv227/MCR/MD

INSPECTOR OF APALACHEE
CORRECTIONAL INSTITUTION,

    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 9, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice to its refiling accompanied by the payment of the full $350.00 filing fee.

DONE AND ORDERED this 17th day of August, 2009.

                       *s/ M. Casey Rodgers*
                       M. CASEY RODGERS
                       UNITED STATES DISTRICT JUDGE